429 A.2d 736

Commonwealth v. Sutton, Appellant.

Argued June 11, 1980. Craig E. Hammes, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

The judgment of sentence of the lower court is affirmed.